**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| BENIGNO STEVEN GARZA, III, AIS #243466, | ) ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 15-0527-CG-N |
| | ) | |
| PHYLLIS BILLUPS, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Report and Recommendations of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B)-(C), Rule 8(b) of the Rules Governing § 2254 Cases in the United States District Courts, and S.D. Ala. GenLR 72(a)(2)(R), and dated September 12, 2017, is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Petitioner Benigno Steven Garza, III's operative Petition for Writ of Habeas Corpus by a Person in State Custody under 28 U.S.C. § 2254 (Doc. 7) is **DISMISSED with prejudice** as time-barred and that Garza is not entitled either to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 5th day of October, 2017.


/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE