# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| BENIGNO STEVEN GARZA, III, AIS #243466, | ) ) ) |
| Petitioner, | ) ) |
| vs. | ) Civil Action No. 15-0527-CG-N ) |
| PHYLLIS BILLUPS, | ) ) |
| Respondent. | ) |

## FINAL JUDGMENT

In accordance with the Order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of the Respondent and against Petitioner Benigno Steven Garza, III, that this action under 28 U.S.C. § 2254 (Doc. 7) is **DISMISSED with prejudice** as time-barred and that Garza is not entitled either to a Certificate of Appealability or to appeal in forma pauperis.

**DONE and ORDERED** this 5th day of October, 2017.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE